**Edward MOORE, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner, Social Security Administration, Defendant–Appellee.**

No. 02–1374.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 13, 2002.

Decided Aug. 29, 2002.

Bruce K. Billman, Fredericksburg, Virginia, for Appellant. James A. Winn, Regional Chief, Patricia M. Smith, Deputy Chief, Andrew C. Lynch, Assistant Regional, Office of the General, Social Security Administration, Philadelphia, Pennsylvania; John L. Brownlee, United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Edward Moore appeals the district court's order accepting the recommendation of the magistrate judge to uphold the Commissioner's decision denying Moore's application for a period of disability and disability insurance benefits under the Social Security Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Moore v. Barnhart,* No. CA–01–8–3 (W.D.Va. Jan. 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*